# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| United States of America | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:23-M -00411(1) |
| | § |
| (1) Sokol Berisha | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **January 24, 2023** in **Maverick** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, intentionally and knowingly failed to enter the United States at a designated border crossing point and did not report said arrival and present himself and all articles in his possession for inspection, to wit: a misdemeanor

in violation of Title **19** United States Code, Section(s) **1459(a)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"On January 24, 2023, defendant, Sokol BERISHA, a Kosovo National, entered the United States illegally by wading across the Rio Grande River from Mexico to Eagle Pass, Texas and failed to report to immigration officials at an official Port of Entry to avoid scrutiny. Defendant was apprehended shortly after crossing the Rio Grande River in the Western District of Texas. Derogatory information was found on this subject at a higher classification.*

Sworn to before me and subscribed in my presence,

/s/ Pena, Luis A
Signature of Complainant
Pena, Luis A
Border Patrol Agent

02/03/2023     at   DEL RIO, Texas
File Date            City and State

COLLIS WHITE
UNITED STATES MAGISTRATE JUDGE     Signature of Judicial Officer